OPINION — AG — THE WILDLIFE CONSERVATION COMMISSION IS AUTHORIZED TO ENTER INTO A AGREEMENT, SUCH AS THE ONE SUBMITTED, FOR THE PURPOSE OF COOPERATING IN THE STUDY AND RESEARCH ON THE DISTRIBUTION OF FISHES IN OKLAHOMA WATERS; FURTHERMORE, THE EXPENDITURE OF WILDLIFE DEPARTMENT FUNDS FOR SUCH A FISHERY RESEARCH PROGRAM IS ALSO AUTHORIZED. CITE: 29 O.S. 1961 106 [29-106], ARTICLE XXVI, SECTION 4 (LEE COOK)